# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| TIMOTHY FINLEY,<br>*Plaintiff-Appellant*,<br><br>v.<br><br>ERICA HUSS, et al.,<br>*Defendants-Appellees*. | No. 23-1083<br><br>On Appeal from the United States District Court for the Western District of Michigan<br>(No. 2:18-cv-00100) |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF-APPELLANT TIMOTHY FINLEY

Daniel Greenfield hereby requests to withdraw as co-counsel for Plaintiff-Appellant Timothy Finley, because he has accepted employment with another organization. Plaintiff-Appellant will continue to be represented by attorney Christine Monta of the Roderick & Solange MacArthur Justice Center, and Aaron Littman of the UCLA School of Law Prisoners' Rights Clinic, who have already entered appearances on behalf of Plaintiff-Appellant in this matter.

Dated: May 14, 2024

Respectfully submitted,

/s/ Daniel Greenfield

Daniel Greenfield
RODERICK & SOLANGE
MACARTHUR JUSTICE CENTER
501 H Street NE, Suite 275

Washington, DC 20002
(202) 869-1664
daniel.greenfield@macarthurjustice.org

*Attorney for Appellant
Timothy Finley*

# CERTIFICATE OF COMPLIANCE

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 71 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word 2019 and Times New Roman 14-point font.

*/s/ Daniel Greenfield*
Daniel Greenfield

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Daniel Greenfield*
Daniel Greenfield